U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 24 2007

ROBERT H. _____, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GETZELL J. MURRELL, SR., <br> Plaintiff | CIVIL ACTION <br> SECTION "P" <br> NO. CV03-0257-A |
| VERSUS | |
| CARL CASTERLINE, et al., <br> Defendants | JUDGE DEE D. DRELL <br> MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED and that Murrell's action against all remaining defendants is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this _24th_ day of _January_, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE